UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSEPH CLOUD-BARNHART, | ) Case No.: 5:16CV1702 |
| | ) |
| Plaintiff, | ) |
| | ) JUDGE JOHN ADAMS |
| v. | ) Magistrate Judge David A. Ruiz |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) REPORT AND |
| | ) <u>RECOMMENDATION</u> |

RUIZ, MAGISTRATE JUDGE

This case is before the undersigned United States Magistrate Judge pursuant to an automatic referral under Local Rule 72.2(b).  As discussed below, Plaintiff has failed to file his Brief in this matter despite the Court's Order giving him additional time to do so, requiring him to file within the extended time, and warning him that his case may be dismissed for failure to prosecute.  Accordingly, the undersigned RECOMMENDS that this case be dismissed without prejudice.

I.  Background

*Pro se* Plaintiff Joseph Cloud-Barnhart ("Plaintiff") filed a Complaint against the Commissioner of Social Security ("Defendant" or "Commissioner") on July 1, 2016.  R. 1.  On September 16, 2016, the Commissioner timely filed its Answer and the Transcript of Proceedings.  R. 10 & 11.  The Magistrate Judge's Initial Order required Plaintiff to file his Brief

on the Merits within sixty (60) days of service of Defendant's Answer.  R. 7.  Plaintiff did not file a Brief within sixty days, or by November 15, 2016, nor did he move the court for an extension of time.  On December 21, 2016, this Court issued an Order directing Plaintiff to file his Brief on or before January 6, 2017.  R. 12.  Plaintiff was advised that failure to do so could result in dismissal with prejudice for want of prosecution.  *Id*.

## II.  Discussion

The Sixth Circuit has indicated that district courts have the inherent power to enter a *sua sponte* order dismissing an action under Federal Rule of Civil Procedure 41(b).  *Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) (citing *Link v. Wabash R.R.*, 370 U.S. 626, 630, 82 S.Ct. 1386, 1388, 8 L.Ed.2d 734 (1962); *Carter v. Memphis*, 636 F.2d 159, 161 (6th Cir. 1980)).  In addition, Rule 16(f)(1)(C) of Federal Rules of Civil Procedure authorizes courts to dismiss an action where a party fails to comply with a court order.  Fed. R. Civ. P. 16(f)(1)(C) provides:

> (f) Sanctions.
>
> *(1) In General.* On Motion on on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2) (A)(ii)-(vii), if a party or its attorney:
> ...
>
> (C) fails to obey a scheduling or other pretrial order.

Although *pro se* plaintiffs are held to less stringent standards than attorneys, cases filed by *pro se* plaintiffs may still be dismissed if the plaintiff fails to meet court orders.  *See Jourdan*, 951 F.2d at 110 (concluding that *pro se* litigants are not to be accorded with any special consideration when they fail to comply with straight-forward procedural requirements and deadlines).

In this case, the Initial Order advised Plaintiff that his Brief On The Merits was to be filed within sixty (60) days of the filing of the answer and transcript.  R. 7, PageID #: 44.  Defendant filed its Answer electronically with this Court on September 16, 2016, and certified that a copy

of the Answer and transcript were served upon Plaintiff via U.S. Mail that same day.  R. 10, PageID #: 67.  Therefore, Plaintiff should have filed his Brief On The Merits by November 15, 2016.

On December 21, 2016, having not received Plaintiff's Brief On The Merits  or a motion for extension of time, this Court issued an Order directing Plaintiff to file his Brief on or before January 6, 2016.  R. 12.  Plaintiff was advised that failure to do so could result in dismissal with prejudice for want of prosecution.  *Id*.  To date, Plaintiff has not filed his Brief, moved for an extension of time or shown good cause for his inaction.

Accordingly, the undersigned RECOMMENDS that this case be dismissed without prejudice for failure to comply with this Court's Orders and for failure to prosecute.


Dated:   February 1, 2017             /s/ David A. Ruiz
                                      David A. Ruiz
                                      United States Magistrate Judge



ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice.  Failure to file objections within the specified time WAIVES the right to appeal the District Court's order.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).